PROB 34
1/92

**E-FILED**
Thursday, 28 April, 2005 11:41:09 AM
Clerk, U.S. District Court, ILCD

Report and Order Terminating Probation/
Supervised Release

## United States District Court

For The

### CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

      v.                                  Crim. No.   00-30017-001

ROYDA K. FULLER

It appearing that the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of 3 years expired on April 22, 2005. I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

                                                Respectfully submitted,

                                                s/Eric W. Fox

                                                U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 27 day of April, 2005.

                                                s/ Richard Mills

                                              United States District Judge

:nv